[No. 12789–6–I.   Division One.   May 9, 1985.]

KING COUNTY, *Appellant*, v. PUBLIC SAFETY
EMPLOYEES, LOCAL 519, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 82–2–10913–4, Shannon Wetherall, J., entered

January 5, 1983. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Williams and Webster, JJ.